**No. 53279.**—Canada Dry Ginger Ale, Inc., et al. *v.* United States, protests 109908–K, etc. (San Francisco).

Opinion by EKWALL, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained. The protests were overruled in all other respects.

**No. 53280.**—Asche-Bandor Corp. et al. *v.* United States, protests 112510–K, etc. (New York).

Opinion by EKWALL, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained. The protests were overruled in all other respects.

**No. 53281.**—"21" Brands, Inc. *v.* United States, protests 124136–K, etc. (New York).

Opinion by EKWALL, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained. The protests were overruled in all other respects.

**No. 53282.**—Distillers Brands, Inc., et al. *v.* United States, protests 749477–G, etc. (Cleveland).

Opinion by EKWALL, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained. The protests were overruled in all other respects.

**No. 53283.**—Rathjen Brothers *v.* United States, protests 961826–G and 982589–G (San Francisco).

Opinion by EKWALL, J. In accordance with stipulation that the merchandise is similar in all material respects to the Amer Picon passed upon in *Edw. & John Burke, Ltd.* v. *United States* (3 Cust. Ct. 276, C. D. 253), the claim of the plaintiff was sustained. The protests were overruled in all other respects.